IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIMOTHY F., a minor, individually and by and through his parents, FERNANDO F., and DAMARIS F., of Reading, PA,<br><br>                  Plaintiffs,<br><br>v.<br><br>ANTIETAM SCHOOL DISTRICT,<br><br>                  Defendant. | CIVIL ACTION<br>NO. 12-2719 |

**ORDER**

**AND NOW**, this 31st day of March, 2014, upon consideration of Plaintiffs' Motion for Summary Judgment (Docket #12), Defendant's Motion for Judgment on the Administrative Record (Docket #13), and all supporting and opposing papers, it is hereby **ORDERED** that Plaintiffs' Motion is **DENIED**, Defendant's Motion is **GRANTED**, and judgment is accordingly entered in favor of Defendant and against Plaintiff.

It is further **ORDERED** that the Clerk shall mark this case closed.

BY THE COURT:

_____
Jeffrey L. Schmehl, J.